# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ZAYMOR, LLC,**
Appellant,

v.

**CORAL SPRINGS GARDENS ASSOCIATION, INC.,**
Appellee.

No. 4D19-667

[February 6, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. 16-14541 CACE (21).

Stephen Karaski, Pompano Beach, for appellant.

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***